AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 14 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| REGINO MAYAHUA-MAYAHUA | ) | Case No. 2:25-mj-13 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __03/12/2025__ in the county of __Jones__ in the __Southern__ District of __MS, Eastern Division__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Unlawful Return to the United States by an Alien After Deportation or Removal |

This criminal complaint is based on these facts:

See Affidavit attached hereto and incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Thomas B. Bailey, Jr., Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/14/25

_____
*Judge's signature*

City and state: Hattiesburg, Mississippi

Michael T. Parker, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

STATE OF MISSISSIPPI )
COUNTY OF FORREST :
SOUTHERN DISTRICT OF MISSISSIPPI )

I, Thomas B. Bailey, Jr. being first duly sworn, hereby depose and say that:

1. I am a law enforcement officer of the United States Department of Homeland Security (DHS). Specifically, I am a Deportation Officer of Immigration and Customs Enforcement (ICE), currently located at 2510 14th Street, Gulfport, Mississippi. I have been a Deportation Officer since September 20, 2015. As part of my official duties, I am assigned to investigate violations of the immigration laws of the United States as well as other federal statutes.

2. On or about March 12, 2025, during criminal alien program duties at the Jones County Adult Detention Center, Deportation Officer Michael McGehee arrested Regino MAYAHUA-MAYAHUA, an illegal alien from Mexico, who was being held there by local officials for no driver's license, no insurance, and leaving the scene of an accident. MAYAHUA-MAYAHUA was released or ordered released on recognizance and was immediately turned over to ICE and transported to the Gulfport, Mississippi, ICE Enforcement and Removal Operations (ERO) office, to complete arrest processing by Officer Thomas Bailey.

3. A positive match via the IDENT/IAFIS fingerprint databases identified MAYAHUA-MAYAHUA as a previously deported or removed alien. The computerized fingerprint match also produced prior photographs from his prior immigration records, and MAYAHUA-MAYAHUA was positively identified and detained as an illegal alien. After discussion with the U.S. Attorney's Office, he also was held for prosecution as an illegal alien who had been deported or removed after being previously convicted of a felony offense.

4. While REGINO MAYAHUA-MAYAHUA has been identified as the ICE primary/official name for this subject, he also has had the following aliases or name variations attributed to him:
REGINO MAYAHUA-MAYAHUA (his official name);
a/k/a REGINO MAYAHUA; and
a/k/a REGINAO MAYAHUA.

5. Investigation revealed that Customs and Border Protection issued MAYAHUA-MAYAHUA an order of Expedited Removal on or about August 11, 2022, and that MAYAHUA-MAYAHUA was physically removed from the United States pursuant to that order on or about August 12, 2022, through or near Nogales, AZ. Further, DHS records document that MAYAHUA-MAYAHUA had illegally entered the United States and was expelled from the United States under Title 42 two previous times, on August 04, 2022, and August 07, 2022.

6. Finally, records checks revealed that MAYAHUA-MAYAHUA did not receive permission from the Attorney General of the United States or from the Secretary of Homeland Security, to apply for readmission or to reenter the U.S., prior to his re-entering the United States.

7. WHEREFORE, there is probable cause that REGINO MAYAHUA-MAYAHUA, is in violation of Title 8, United States Code, Section 1326(a) – Unlawful Reentry by an Alien After Deportation, and your affiant prays that a warrant be issued for the arrest of the above-named individual.

_____
Thomas B. Bailey, Jr.
Deportation Officer
Immigration and Customs Enforcement
U.S. Department of Homeland Security

Sworn to and subscribed before me this, the __14__ day of March 2025.

_____
United States Magistrate Judge

2